UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL FRIEDMANN,**

      **Plaintiff,**

**v.**                                                           **Case No. 6:25-cv-2343-CEM-NWH**

**NATIONAL ASSOCIATION OF
ATTORNEYS GENERAL,**

      **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2) The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 12), recommending that the Motion be denied without prejudice, and the Complaint (Doc. 1) be dismissed as a shotgun pleading.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3.  The Complaint (Doc. 1) is **DISMISSED** without prejudice.

4.  **On or before June 30, 2026**, Plaintiff may file an amended complaint and a renewed motion to proceed *in forma pauperis* that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on June 9, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party